BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7200
    Matthew.McCarthy@usdoj.com

Attorneys for United States of America

**ORIGINAL FILED**
DEC 13 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 15-00528 VC |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| MELANIE WRATE, | |
| Defendant. | |

    With leave of the Court, pursuant to Federal Rule of Criminal Procedure 48(a), and because the defendant has successfully completed the terms of her Pretrial Diversion pursuant to the Pretrial Diversion Agreement entered into between the parties, the United States Attorney for the Northern District of California dismisses the above Information.

DATED: 12/13/16

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

MATTHEW L. McCARTHY
Assistant United States Attorney

NOTICE OF DISMISSAL (CR 15-00528 VC)

Leave is granted to the government to dismiss the Information.

Date: 12/13/16

HON. VINCE CHHABRIA
United States District Court Judge

NOTICE OF DISMISSAL (CR 15-00528 VC)